### IIN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RAFAEL PEREZ** | **Case No.: 4:23-CR-00033-CDL-MSH-1** |

## ORDER

Defendant was indicted on November 14, 2023, ECF. 1, and arraigned on December 5, 2023, ECF. 15. A Pretrial Conference is currently scheduled for January 4, 2024. Defendant requests a continuance, and the government does not oppose. Specifically, Defendant need additional time to review the discovery and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for <u>September 2024 term</u>, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 27th day of December, 2023.

                                                          S/Clay D. Land_____
                                                          CLAY D. LAND,
                                                          U.S. DISTRICT JUDGE